UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
KELVIN VAZQUEZ,                        :  14 Civ. 3980 (ALC) (JCF)
                                       :
              Petitioner,              :        REPORT AND
                                       :     RECOMMENDATION
     - against -                       :
                                       :
MICHAEL CAPRA,                         :
                                       :
              Respondent.              :
- - - - - - - - - - - - - - - - - - -:
TO THE HONORABLE ANDREW L. CARTER, U.S.D.J.:

     The petitioner in this habeas corpus proceeding has submitted
a letter to the Court, a copy of which is attached, requesting that
his petition be dismissed.  Accordingly, I recommend that the
petition be dismissed and the case closed.

     Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d)
of the Federal Rules of Civil Procedure, the parties shall have
fourteen (14) days from this date to file written objections to
this Report and Recommendation.  Such objections shall be filed
with the Clerk of the Court, with extra copies delivered to the
chambers of the Honorable Andrew L. Carter, Room 435, 40 Foley
Square, and to the chambers of the undersigned, Room 1960, 500
Pearl Street, New York, New York 10007.  Failure to file timely
objections will preclude appellate review.

1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/15

Respectfully submitted,

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE


Dated: New York, New York
       January 29, 2015

Copies mailed this date:

Kelvin Vazquez
10-A-1189
Otisville Correctional Facility
P.O. Box 8
Otisville, NY 10963

Marc I. Eida, Esq.
Office of the District Attorney, Bronx County
198 E. 161st St.
Bronx, NY 10451

2

To. United States
   Magistrate Judge
U.S Court House
   500 Pearl Street
New York N.Y. 10007

14 Civ. 3980

(ALC) (JCF)

From. Kelvin Vazquez

Judge: James C Francis IV

    I am writing to concern that I'm declining to further my issues on this matter. Myself is requesting to dismiss my legal issues on my behalf. I sincerely thank you for your time on this matter.

Respectfully;

Kelvin Vazquez

Jan 14, 2015



RECEIVED
JAN 2 2 2014
UNITED STATES MAGISTRATE JUDGE